UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL HENNESSEY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>KOHL'S CORPORATION, et al.,<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  Case No.   4:19-cv-01866-DDN<br>)<br>)<br>)<br>) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

❏   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

☒   An ADR conference was held on: __March 17, 2021_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____
_____.

The ADR referral was concluded on__3/17/2021_____.   The parties [❏  did   ☒ did not] achieve a settlement.                                                                                                            ***Check One***

**Option 3**

❏   Although this case was referred to ADR, a conference WAS NOT HELD.

Date__3/17/2021_____ Neutral_/s/Edward L. Dowd, Jr._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL HENNESSEY, Individually and on behalf of all Others Similarly Situated, <br>     Plaintiff(s), <br><br> v. <br><br> KOHL'S CORPORATION, et al., <br>     Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:19-cv-01866-DDN <br> ) <br> ) <br> ) <br> ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN
ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant, at:

**betty_ann_skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. All participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):    Email address:

| Name | Email |
|---|---|
| Matthew Zevin | mzevin@aol.com |
| Scott Kitner | skitner@stanleylawgroup.com |
| Robert Blitz | rblitz@bbdlc.com |
| Chris Bauman | cbauman@bbdlc.com |
| Dan Sivils | danielsivils@gmail.com |
| Jill Hennessey | jillhennessey16@gmail.com |
| John Munich | john.munich@stinson.com |
| Stephanie Sheridan | ssheridan@Steptoe.com |
| Jamie Witt | jwitte@Steptoe.com |
| Meredith Wilkerson | meredith.wilkerson@kohls.com |

Date _3/17/2021_____ Neutral__Edward L. Dowd, Jr._____